UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

---

ROBERT EUGENE BONSER, :
      Petitioner, :
: CIVIL NO. 3:13-CV-1832
v. :
: (Judge Kosik)
DISTRICT ATTORNEY :
OF MONROE COUNTY, :
      Respondent. :

---

## ORDER

AND NOW, THIS 22nd DAY OF MAY, 2015, IT IS HEREBY ORDERED THAT:

(1) The Report and Recommendation of Magistrate Judge Susan E. Schwab filed October 22, 2014 (Doc. 27) is **ADOPTED**;

(2) The Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254 is **DISMISSED** for lack of jurisdiction;

(3) The Clerk of Court is directed to **CLOSE** this case and to forward a copy of this Memorandum and Order to the Magistrate Judge; and

(4) Based on the court's conclusions herein, a certificate of appealability will not issue.

                                                    s/Edwin M. Kosik
                                                    Edwin M. Kosik
                                                    United States District Judge